No. 1192. GUMP, EXECUTRIX, ET AL., *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Chellis M. Carpenter* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 1193. ST. FRANCIS HOSPITAL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Samuel G. Wagner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 1196. MANUFACTURERS TRUST CO. *v.* KELBY ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles E. Hughes, Jr.* and *David Barnett* for petitioner. *Messrs. George C. Wildermuth, John Kennedy White, Samuel Silbiger* and *Percival E. Jackson* for respondents.

No. 1198. MASON *v.* ANDERSON-COTTONWOOD IRRIGATION DISTRICT. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Peter tum Suden* and *George Thomas Davis* for petitioner. *Mr. A. L. Cowell* for respondent.

No. 1203. LEVY, EXECUTRIX, *v.* NATIONAL BATTERY CO. June 1, 1942. Petition for writ of certiorari to the Circuit